SECOND DEPARTMENT, SEPTEMBER, 1958

(September 29, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND CHESTER PITTS, Appellant.— Oral motion to dismiss appeal, made on call of calendar, granted and appeal dismissed. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLAND CHESTER PITTS, Appellant.— Motion for leave to appeal as a poor person, for assignment of counsel, and to enlarge time, denied. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

SECOND DEPARTMENT, NOVEMBER, 1958.**

(November 28, 1958)

■ In the Matter of ANONYMOUS (No. 12), Petitioner, against GEORGE A. ARKWRIGHT, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.— No. 1866 Motion to amend the notice of motion dated November 13, 1958, denied, without costs. (See *Matter of Anonymous [No. 12]* v. *Arkwright,* No. 1867, decided herewith.)

No. 1867 Proceeding dismissed, without costs, and without prejudice to an application for relief at the Additional Special Term of the Supreme Court, Kings County. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of ANONYMOUS (No. 12), Petitioner, against GEORGE A. ARKWRIGHT, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Proceeding dismissed, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

SECOND DEPARTMENT, DECEMBER, 1958

(December 1, 1958)

■ In the Matter of EDWARD S. SILVER, as District Attorney of Kings County, Petitioner, against NATHAN R. SOBEL, Individually and as County Judge of Kings County, et al., Respondents.— Respondent Preston was indicted in the County Court of Kings County for the crime of manslaughter, first degree. Thereafter he moved in that court for permission to inspect, among other things, the portions of the report of the Chief Medical Examiner of the City of New York containing his findings as to the autopsy. The motion was granted. Before the order was signed, the District Attorney moved at Special Term, Supreme Court, Kings County, for an order under article 78 of the Civil Practice Act to prohibit the County Judge from signing an order permitting the inspection of that part of the report. The matter was referred by Special Term to this court. Proceeding dismissed, without costs. The County Court has power to grant a motion for inspection of documents in the possession of the prosecutor which are admissible on the trial as evidence

** Not published with other decisions of Nov. 1958, 7 A D 2d 636.— REP.